UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **CLINTON REED,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) CIVIL ACTION NO. ) 1:11-CV-00313-WBH ) |
| **INTEGRATED FIRE PROTECTION, INC. and JOHN BENNETT, individually,** | ) ) ) ) **STIPULATION OF DISMISSAL** |
| **Defendants.** | ) ) ) |

Plaintiff Clinton Reed and Defendants Integrated Fire Protection, Inc. and John Bennett, by and through undersigned counsel, hereby stipulate that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's above-styled action is hereby dismissed with prejudice, with each party to bear its own costs and fees.

Respectfully submitted, this 3rd day of May 2011.

| | |
|---|---|
| /s/ Amanda A. Farahany, Esq. | /s/ Timothy R. Newton, Esq. |
| Amanda A. Farahany, Esq. | Timothy R. Newton, Esq. |
| Georgia Bar No. 646135 | Georgia Bar No. 542200 |
| Email: amanda@bf-llp.com | Email: tnewton@constangy.com |
| **BARRETT & FARAHANY, LLP** | **CONSTANGY, BROOKS & SMITH, LLP** |
| 1401 Peachtree Street, N.E. | 230 Peachtree Street, N.W. |
| Suite 101 | Suite 2400 |
| Atlanta, Georgia 30309 | Atlanta, Georgia 30303-1557 |
| Telephone: | Telephone: (404) 525-8622 |
| Facsimile: | Facsimile: (404) 525-6955 |
| | |
| Counsel for Plaintiff | Counsel for Defendants Integrated Fire Protection, Inc. and John Bennett |